# EXHIBIT A



# TEXAS DEPARTMENT OF AGRICULTURE
## COMMISSIONER SID MILLER

January 25, 2018

AQ Textiles LLC
214 Staunton Drive
Greensboro, North Carolina 27410

Creative Textile Mills PVT. LTD
212 Cama Industrial Estate
Sun Mill Compound Mumbai
Maharashtra 400013 India

Macy's Inc.
7 West 7th Street
Cincinnati, Ohio 45202

Re: Fairfield Square Collection
Thread count involving Luxury Sateen Essex Stay Fit Queen Sheet Set with pillow cases (the "Goods")—Alleged 1200 thread count.

Enclosed is a copy of Mr. Kleinschmidt's January 24, 2018 correspondence to you, *including all attachments*.

Sincerely,

Stephen P. Dillon
Lead Deputy General Counsel

cc:

Office of the Attorney General
Consumer Protection Division
PO Box 12548
Austin, TX 78711-2548

Consumer Complaints
Federal Trade Commission
600 Pennsylvania Avenue, NQ
Washington, DC 20580

P.O. BOX 12847
AUSTIN, TEXAS 78711

TEXASAGRICULTURE.GOV

(512) 463-7476
FAX: (888) 223-8861

Case 1:20-cv-00520-LCB-JLW   Document 1-2   Filed 06/11/20   Page 2 of 14



# TEXAS DEPARTMENT OF AGRICULTURE
## COMMISSIONER SID MILLER

January 24, 2018

AQ Textiles LLC  
214 Staunton Drive  
Greensboro, North Carolina 27410

Creative Textile Mills PVT. LTD  
212 Cama Industrial Estate  
Sun Mill Compound Mumbai  
Maharashtra 400013 India

Macy's Inc.  
7 West 7th Street  
Cincinnati, Ohio 45202

    Re:    Fairfield Square Collection  
             Thread count involving Luxury Sateen Essex Stay Fit Queen Sheet Set with pillow cases (the "Goods")—Alleged 1200 thread count.

Attention Distributor and Manufacturer:

The Texas Department of Agriculture (TDA) has received a complaint concerning thread count of the Goods described in Attachment A to this letter.

The Goods listed in Attachment A were distributed in Texas with the representations listed in Attachment A to this letter.

TDA has obtained the quantity test results as shown in Attachment B to this letter.

Based on its review of the information described above, TDA has determined the distributor and manufacturer may have engaged in deceptive acts and practices within the State of Texas which are prohibited under Section 17.46 of the Texas Business and Commerce Code, as follows:

A. Advertising the Goods as having a thread count of 1200, when in fact, according to the test results shown in Attachment B, the Goods have a thread count of 441, which constitutes a materially false, misleading or deceptive act or practice.
B. Representing the Goods have characteristics which they do not have.
C. Representing that Goods are of a particular standard, when they are of another.
D. Failing to disclose information concerning Goods which was known at the time of the consumer's purchase when such failure to disclose information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information that the thread count was incorrect been disclosed.

By copy of this letter, the Texas Department of Agriculture is requesting that the Office of the Attorney General, State of Texas, Consumer Protection Division, and the Federal Trade Commission, investigate the matters stated herein, and in the event said agencies determine that the deceptive trade practices stated above have occurred, to prosecute said actions to the fullest extent of federal and state law.

P.O. BOX 12847  
AUSTIN, TEXAS 78711

TEXASAGRICULTURE.GOV

(512) 463-7476  
FAX: (888) 223-8861

TDA urges you, in order to mitigate possible damage occurring to consumers purchasing the Goods mentioned herein, to stop sales of said Goods, or to correctly repackage said Goods to reflect the proper characteristics of said Goods. In the event you are not a manufacturer or distributor of the above mentioned Goods please contact Mr. Stuart Strnad at 512-463-5706, or via email at Stuart.Strnad@TexasAgriculture.gov, and provide the name and address of the manufacturer/distributor, if such is known to you, to help TDA protect Texas consumers.

Sincerely,

Tim Kleinschmidt, General Counsel
Texas Department of Agriculture
(512) 463-6260
P. O. Box 12847
1700 North Congress, Austin Tx 78711
Tim.Kleinschmidt@TexasAgriculture.gov

cc:

Office of the Attorney General
Consumer Protection Division
PO Box 12548
Austin, TX 78711-2548

Consumer Complaints
Federal Trade Commission
600 Pennsylvania Avenue, NQ
Washington, DC 20580

## Weights and Measure Photo Documentation

**INCIDENT NUMBER:** _NA_

**Inspector Name:** _Stuart W Strnad_
**Region:** Austin
**Inspection Date:** **12/03/17**

**Responsible Party:** Macy's Inc.
**Physical Address:** 7 West Seventh Street, Cincinnati, Ohio 45202
**Website:** http://www.macysinc.com

**Facility Name:** Macy's North Park Center
**Physical Address:** 8687 North Central Expressway Dallas, TX 75225

**Re:** Thread count involving Luxury Sateen Essex Stay Fit Queen Sheet Set with pillow cases (the "Goods")—Alleged 1200 thread count. Additional non-compliance of the NIST HB 130 Uniform Packaging and Labeling Regulation, Section **5. Declaration of Responsibility for Consumer packages**



**Photo #:** 1 (0037.jpg)

**Comment:** Fairfield Square sheet sets, Essex Stay Fit 1200 Thread Count, main display panel.

ACP 1.0
Page 1



**Photo #:** 2 (0038.jpg)

**Comment:** Fairfield Square sheet sets, Essex Stay Fit 1200 Thread Count, side panel.



**Photo #:** 3 (0041.jpg)

**Comment:** Fairfield Square sheet sets, Essex Stay Fit 1200 Thread Count, rear display panel.



**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**
19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Certified Third Party Test Report

**DATE:**   November 28, 2017          **FILE:** TEXASD.A112017A

**CLIENT:**   Texas Dept. of Agriculture          **ATTN:** Stuart Strnad
1700 N Congress Ave, Ste 1125E
Austin, TX 78701

**SAMPLE IDENTIFIED BY CLIENT AS:**

Pillowcase Submitted
Name: Fairfield Square
Style: Essex Stay Fit
Lot #: 20102104082AQT
Ref: 1200 Thread Count, 6PC King Sheet Set
Color Grey

**TEST PROCEDURE:**                    **TEST RESULTS:**

**THREAD COUNT**
**(ASTM D3775):**                      363

**COMMENT:**                           Assumes 3 picks weaving as 1.
                                       Ends are spun. Picks are filament.
                                       Filling yarn is partially separable.

Signed For The Company By

Adam R. Varley
Technical Director

JG/11

Stacy Sadowy
Quality Assurance Manager



The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.



**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**
19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Certified Third Party Test Report

**DATE:**   December 12, 2017                **FILE:** TEXASD.A120617A
                                             **PO #:** 551-8-13183

**CLIENT:** Texas Dept. of Agriculture       **ATTN:** Stuart Strnad
            1700 N Congress Ave, Ste 1125E
            Austin, TX 78701

**SAMPLE IDENTIFIED BY CLIENT AS:**

Sheet Set Submitted
Name: Fairfield Square
Style: Luxury Sateen Essex Stay Fit (Queen 6 PC Sheet Set)
Lot #: 20102103002AQT
Ref: 1200 Thread Count, 6 PC, 1 Flat Sheet, 1 Fitted Sheet &
4 Standard Pillow Cases
Color Green

**TEST PROCEDURE:**                          **TEST RESULTS:**

THREAD COUNT
(ASTM D3775):                                441

**COMMENT:**                                 Assumes 4 picks weaving as 1.
                                             Ends are spun. Picks are filament.
                                             Filling yarn is partially separable.

Signed For The Company By

Adam R. Varley
Technical Director

Stacy Sadowy
Quality Assurance Manager

JG/12

The findings and results in this test report apply only to the specific sample(s) submitted to us by the
client for testing.

ilac-MRA
ACCREDITED
Testing Cert #2180.01



# TEXAS DEPARTMENT OF AGRICULTURE
## COMMISSIONER SID MILLER

February 16, 2018

Ms. Ann McCauley
Executive Vice President, Secretary and General Counsel
The TJX Companies, Inc.
770 Cochituate Road
Framingham, Massachusetts 01701

Mr. Talat Mahmood, Director
AQ Textiles LLC
214 Staunton Drive
Greensboro, North Carolina 27410

AQ Textiles LLC
7622 Royster Road
Greensboro, North Carolina 27455

Creative Textile Mills PVT. LTD
212 Cama Industrial Estate
Sun Mill Compound Mumbai
Maharashtra 400013 India

Re:    Thread count

        Ultra Lux 800 TC Wrinkle Resistant Luxury Sateen Weave Six Piece Queen Sheet Set (the "Goods")—Alleged 800 Thread Count

Attention Distributor(s), Manufacturer(s) and Retailer(s) of the Goods:

The Texas Department of Agriculture (TDA) has received a complaint concerning thread count of the Goods listed in Attachment A to this letter.

The Goods listed in Attachment A were distributed with the representations listed in Attachment A to this letter.

TDA has obtained the quantity test results as shown in Attachment B to this letter. Based on its review of the information described above, TDA has determined the manufacturer(s), distributor(s) and retailer(s) stated above may have, pursuant to Texas Business and Commerce Code, Section 17.46, Deceptive Trade Practices Unlawful, engaged in deceptive trade acts as follows:

P.O. Box 12847
Austin, Texas 78711

TEXASAGRICULTURE.GOV

(512) 463-7476
Fax: (888) 223-8861

Case 1:20-cv-00520-LCB-JLW   Document 1-2   Filed 06/11/20   Page 10 of 14

The TJC Companies, Inc.
AC Textiles LLC
Creative Textile Mills Pvt. Ltd.
Ultra Lux 800 TC – Thread Count
February 16, 2018
Page 2 of 3

1. Advertising the Goods as having a thread count of 800, when in fact, according to the test results shown in Attachment B, the Goods have a thread count of 293, which constitutes a materially false, misleading or deceptive practice.

2. Representing the Goods have characteristics which they do not have.

3. Representing that Goods are of a particular standard, when they are of another.

4. Failing to disclose information concerning Goods which was known at the time of the consumer's purchase when such failure to disclose information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information that the thread count was incorrect been disclosed.

By copy of this letter, the Texas Department of Agriculture is requesting that the Office of the Attorney General, State of Texas, Consumer Protection Division, and the Federal Trade Commission, investigate the matters stated herein, and in the event said agencies determine that the deceptive trade practices stated above have occurred, to prosecute said actions to the fullest extent of federal and state law.

TDA urges you, in order to mitigate possible damage occurring to consumers purchasing the Goods mentioned herein, to stop sales of said Goods, or to correctly repackage said Goods to reflect the proper characteristics of said Goods.

In the event you are not a manufacturer, distributor or retailer of the above mentioned Goods, please contact Mr. Stuart Strnad, Director for Consumer Product Protection, Agriculture and Consumer Protection Division, Texas Department of Agriculture, at 512-463-7476, or by writing him at P.O. Box 12847, Austin, Texas 78711, and provide the name and address of the manufacturer/distributor, if such is known to you, to help TDA protect consumers.

Sincerely,

Tim Kleinschmidt, General Counsel
Texas Department of Agriculture
(512) 463-6260
Tim.Kleinschmidt@TexasAgriculture.gov

The TJC Companies, Inc.
AC Textiles LLC
Creative Textile Mills Pvt. Ltd.
Ultra Lux 800 TC – Thread Count
February 16, 2018
Page 3 of 3

cc:     Office of the Attorney General
        Consumer Protection Division
        PO Box 12548
        Austin, TX 78711-2548

        Consumer Complaints
        Federal Trade Commission
        600 Pennsylvania Avenue, NW
        Washington, DC 20580

**IMG_0206 Ultra Lux 800 Thread Count Sold at TJMaxx**





**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**
19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Certified Third Party Test Report

**DATE:** November 28, 2017                **FILE:** TEXASD.A112017B

**CLIENT:** Texas Dept. of Agriculture      **ATTN:** Stuart Strnad
1700 N Congress Ave, Ste 1125E
Austin, TX 78701

**SAMPLE IDENTIFIED BY CLIENT AS:**

Pillowcase Submitted
Name: Ultra Lux
Style: Wrinkle Resistant Luxury Sateen Weave
Lot #: 20372103377AQT
Ref: 800 Thread Count, 6PC Queen Sheet Set
Color Dark Taupe

**TEST PROCEDURES:**                       **TEST RESULTS:**

**THREAD COUNT**
**(ASTM D3775):**                          293

**COMMENT:**                               Assumes 2 picks weaving as 1.
                                           Ends are spun. Picks are filament.
                                           Filling yarn is partially separable.

Signed For The Company By

Adam R. Varley
Technical Director

JG/11

Stacy Sadowy
Quality Assurance Manager

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.

ILAC-MRA
ACCREDITED
Testing Cert #2180.01