IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ELIZABETH ADAM and<br>REBECCA FOLEY, *individually*<br>*and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>AQ TEXTILES LLC, and<br>CREATIVE TEXTILE MILLS<br>PVT. LTD.,<br><br>Defendants. | ))))))))))))))) | 1:20cv520 |

## JUDGMENT

Before the Court is a motion filed by Defendant AQ Textiles LLC ("AQ Textiles") to dismiss Plaintiffs' six counts pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure. (ECF No. 9.) For the reasons set forth 30). For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment, the Court concludes that Plaintiffs lack standing under Article III, § 2 of the U.S. Constitution, and therefore the Court lacks jurisdiction to proceed with this case. Accordingly, Defendants' motion to dismiss under Rule 12(b)(6) and 12(b)(1) will be denied as moot and Plaintiffs' Complaint will be dismissed.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' Amended Complaint, (ECF No. 1), is DISMISSED for LACK OF STANDING under Article III, § 2 of the U.S. Constitution.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants' Motion to Dismiss Amended Complaint under 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure, (ECF No. 9), is DENIED as MOOT, and the Complaint is DISMISSED.

IT IS FURTHER ORDERED AND ADJUDGED that this action is DISMISSED, and the Clerk's office shall terminate the case.

This, the 6th day of August 2021.

/s/ Loretta C. Biggs
United States District Judge