FILED: February 9, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2033
(1:20-cv-00520-LCB-JLW)

_____

ELIZABETH ADAM, individually, and on behalf of all others similarly situated; REBECCA FOLEY, individually, and on behalf of all others similarly situated

         Plaintiffs - Appellants

v.

AQ TEXTILES LLC; CREATIVE TEXTILE MILLS PVT. LTD

         Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

                       For the Court--By Direction

                       /s/ Patricia S. Connor, Clerk