FILED: February 9, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2033
(1:20-cv-00520-LCB-JLW)

_____

ELIZABETH ADAM, individually, and on behalf of all others similarly situated; REBECCA FOLEY, individually, and on behalf of all others similarly situated

        Plaintiffs - Appellants

v.

AQ TEXTILES LLC; CREATIVE TEXTILE MILLS PVT. LTD

        Defendants - Appellees

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*